1  MARK GOLDROSEN, Bar No 101731
   Attorney at Law
2  255 Kansas Street, Suite 340
   San Francisco, CA 94103
3  (415) 565-9600

4  LISA DEWBERRY, Bar No. 92418
   330 Townsend Street, Suite 213
5  San Francisco, CA 94107
   (415) 970-9944
6
   Attorneys for Defendant
7  JORDAN GROTHE

8

9                IN THE UNITED STATES DISTRICT COURT
10
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO VENUE
12

13 UNITED STATES OF AMERICA,           )   NO. CR-04-0189-01 VRW
                                       )
14         Plaintiff,                  )
                                       )
15 vs.                                 )   **STIPULATION AND [PROPOSED]**
                                       )   **ORDER CONTINUING DATE FOR**
16 JORDAN GROTHE,                      )   **JUDGMENT AND SENTENCE**
                                       )
17         Defendant.                  )
                                       )
18                                     )
                                       )
19                                     )
                                       )
20 _____)

21      The parties in this case stipulate as follows:

22      1.   Pursuant to a prior stipulation, the Court set September 20, 2007, as the date for

23 the Judgment and Sentencing hearing.

24      2.   Good cause exists for continuing the Judgment and Sentencing hearing to October

25 11, 2007, at 1:30 p.m., for the following reasons.

26      3.   United States Probation Officer Sara Black is unavailable because she will be

27 handling two cases in another courtroom on September 20, 2007, at 1:30 p.m.

28      4.   Defense Attorney Mark Goldrosen needs more time to recover from injuries that

1  occurred in a bicycle accident. On August 18, 2007, he suffered six broken ribs, an elbow
2  fracture that required surgery, and a slightly punctured lung. Mr. Goldrosen is not yet at full
3  strength and has not returned to work full time.
4    4. All counsel, United States Probation Officer Sara Black, and the defendant are
5  available for entry of judgment and sentencing on October 11, 2007.
6    5. It is not anticipated that the parties will seek any additional continuances of the date
7  for sentencing and judgment.
8  IT IS SO STIPULATED.
9  DATED: September 11, 2007

        /s/ Mark Goldrosen
        MARK GOLDROSEN
        Attorney for Defendant JORDAN GROTHE

12  DATED: September 12, 2007

        /s/ Joseph Fazioli
        JOSEPH FAZIOLI
        Assistant United States Attorney

16    Pursuant to the stipulation of the parties and for good cause shown, IT IS HEREBY
17  ORDERED that the Judgment and Sentencing hearing be continued until October 11, 2007, at
18  1:30 p.m.

20  DATED: 9/14/2007

HON. VAUGHN R. WALKER
United States District Judge

IT IS SO ORDERED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -